THOMAS E. WINNER
Nevada Bar No. 5168
ANDREW D. SMITH
Nevada Bar No. 8890
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
asmith@awslawyers.com
*Attorneys for GEICO Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRED PELCHER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>Defendants. | CASE NO.: 2-16-cv-02997-JCM-PAL<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Scott Poisson and Erik A. Bromson, of the law firm of Bernstein & Poisson, attorneys for plaintiff FRED PELCHER, and Thomas E. Winner and Andrew D. Smith, of the law firm of Atkin Winner & Sherrod, attorneys for defendant GEICO INDEMNITY COMPANY, erroneously identified as GEICO CASUALTY COMPANY in the Plaintiff's Complaint, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

/ / /
/ / /
/ / /
/ / /
/ / /

No trial date has been set, and there are no pending court hearings as of this date.

| | |
|---|---|
| DATED: Dec. 5, 2017. | DATED: December 5th, 2017. |
| ATKIN WINNER & SHERROD | BERNSTEIN & POISSON |
| By: /s/ | By: /s/ |
| Thomas E. Winner | Scott L. Poisson |
| Nevada Bar No. 5168 | Nevada Bar No. 10188 |
| Andrew D. Smith | Erik A. Bromson |
| Nevada Bar No. 8890 | Nevada Bar No. 9986 |
| 1117 South Rancho Drive | 320 South Jones Blvd. |
| Las Vegas, NV 89102 | Las Vegas, NV 89107 |
| *For the Defendant* | *For the Plaintiff* |

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Plaintiff's Complaint in Case No. 2-16-cv-02997-JCM-PAL, *Pelcher v. GEICO*, is dismissed with prejudice, each party to bear their own attorney's fees and costs of suit.

IT IS SO ORDERED December 11, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

/s/
Thomas E. Winner
Nevada Bar No. 5168
Andrew D. Smith
Nevada Bar No. 8890
1117 South Rancho Drive
Las Vegas, Nevada 89102
*For the Defendant*